UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)                   No.
v. )
)                   Martin C. Ashman
PETER G. ROGAN )                   United States Magistrate Judge
)
)                   **UNDER SEAL**

**GOVERNMENT'S MOTION TO SEAL**
**COMPLAINT, AFFIDAVIT, ARREST WARRANT**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney

for the Northern District of Illinois, respectfully requests that this Court seal the criminal Complaint,

Affidavit, and Arrest Warrant in this matter.

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the

Arrest Warrant can be executed could alert the defendant and other subjects and compromise an

ongoing investigation. For this reason, the government respectfully requests that the Complaint,

Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until July 22, 2008, or until the

execution of the Arrest Warrant, whichever comes first. Notwithstanding the foregoing, the government

respectfully requests that it be permitted to disclose the Complaint, Affidavit, and Arrest Warrant in

order to facilitate the location, apprehension, or return of Peter G. Rogan to the United States.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:

ANDREW S. BOUTROS
Assistant United States Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 886-7641