## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 415 - 1 | **DATE** | 5/23/2008 |
| **CASE TITLE** | USA vs. Peter G. Rogan | | |

**DOCKET ENTRY TEXT**

Enter order. Government's motion to seal complaint, affidavit, arrest warrant is granted. It is hereby ordered that the criminal complaint, affidavit, and arrest warrant in this matter are hereby sealed until and including 7/22/2008, or until the execution of the arrest warrant, whichever comes first.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|