UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08CR 415** |
| | ) | |
| v. | ) | |
| | ) | Martin C. Ashman |
| PETER G. ROGAN | ) | United States Magistrate Judge |
| | ) | |
| | ) | **UNDER SEAL** |

### ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in this matter are hereby SEALED until and including July 22, 2008, or until the execution of the Arrest Warrant, whichever comes first. Notwithstanding the foregoing, the government may disclose the Complaint, Affidavit, and Arrest Warrant in order to facilitate the location, apprehension, or return of Peter G. Rogan to the United States.

ENTER:

_____
MARTIN C. ASHMAN
United States Magistrate Judge

Dated: __MAY 23 2008__