UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAY 28 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 415 |
| v. | ) | |
| | ) | Martin C. Ashman |
| PETER G. ROGAN | ) | United States Magistrate Judge |
| | ) | |

## GOVERNMENT'S MOTION TO UNSEAL
## COMPLAINT, AFFIDAVIT, ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court unseal the Criminal Complaint, Affidavit, and Arrest Warrant in this matter.

On May 23, 2008, this Court ordered that the Complaint, Affidavit, and Arrest Warrant in this matter be sealed until July 22, 2008, or until the execution of the Arrest Warrant, whichever came first. The order also permitted the government to disclose the Complaint, Affidavit, and Arrest Warrant in order to facilitate the location, apprehension, or return of Peter G. Rogan to the United States.

On My 26, 2008, defendant Rogan was detained by Canadian immigration authorities as he attempted to enter Canada. The Canadian government is seeking to deny Rogan admission into Canada. Pursuant to this Court's order, the government provided Canadian authorities with a copy of the Criminal Complaint, Affidavit and Arrest Warrant, and Rogan is now aware of these charges.

For the foregoing reasons, there is no further purpose to maintain the Criminal Complaint, Affidavit or Arrest Warrant under seal, and the government respectfully requests the Court to enter an

order unsealing this case

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
DANIEL W. GILLOGLY
Assistant United States Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 886-1328