## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 415 - 1 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. Peter G. Rogan | | |

**DOCKET ENTRY TEXT**

Enter order. Government's motion to unseal complaint, affidavit, arrest warrant is granted. It is hereby ordered that the criminal complaint, affidavit, and arrest warrant in this matter are hereby unsealed.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|