UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA      )
                             )
        v.                    )        No. 08 CR 415
                             )
PETER G. ROGAN                )        Martin C. Ashman
                             )        United States Magistrate Judge
                             )

## O R D E R

Before this Court is the motion of the United States to unseal the Complaint, Affidavit, and Arrest Warrant in this matter. For the reasons set forth in the motion, it is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in this matter are hereby UNSEALED.

ENTER:

_____
MARTIN C. ASHMAN
United States Magistrate Judge

Dated:  **MAY 2 8 2008**